# FINANCIAL DISCLOSURE REPORT
### Initial Report

AO-10 (4)
Rev. 1/90

Report Required by the Ethics
Reform Act of 1980, Pub L. No.
101-194, November 30, 1989
(5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MUNSON, ALEX R. | USDC NORTHERN MARIANA ISLANDS | 09/18/1990 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| CHIEF JUDGE - ACTIVE | ___ Nomination, Date / / <br> X Initial ___ Annual ___ Final | 01/01/1990 to 09/18/1990 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| USDC Northern Mariana Islands <br> P.O. Box 687 <br> Saipan, MP 96950 | Reviewing Officer _____ Date |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 | My wife and I are co-lessees with Mary and James Lim, of a parcel of land for 55 years. See Section VIII. |
| 2 | |
| 3 | |

## II. AGREEMENTS (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 1987 | KIM EDUCATIONAL SERVICES, SCHOOL TEACHER (S) | |
| 2 | | |
| 3 | | |
| 4 | | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | MUNSON, ALEX R. | 09/19/1996 |
|---|---|---|

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements received by spouse and dependent children, respectively. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [X] 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate gifts received by spouse and dependent children, respectively. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [X] 1 | NONE (No such reportable gifts.) | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parentheticals "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [X] 1 | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less   K=$15,001-$50,000   L=$50,001 to $100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

Digitized by Google

# FINANCIAL DISCLOSURE REPORT

**Name of Person Reporting:** MUNSON, ALEX R.

## VII. Page 1 INVESTMENTS and TRUSTS— income, value, transactions

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for spouse's ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g. dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | | | | | |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | | |
| 1 Sanford G. Bernstein Fund- Intl. Value Portfolio IRA | | Div/Int | L | T | | | | | | |
| 2 Sanford G. Bernstein Fund - Intl. Value Portfolio IRA (S) | | Div/Int | K | T | | | | | | |
| 3 Sanford G. Bernstein Fund - Intl. Value Portfolio (J) | C | Div/Int | K | T | | | | | | |
| 4 Sanford G. Bernstein Fund - Intl. Value Portfolio (J) | C | Div/Int | K | T | | | | | | |
| 5 Mutual Funds Bernstein Intermediate Duration (J) | D | Div/Int | M | T | | | | | | |
| 6 Mutual Funds Bernstein Intermediate Duration (J) | B | Div/Int | J | T | | | | | | |
| 7 Mutual Funds Bernstein Intermediate Duration (J) | A | Div/Int | J | T | | | | | | |
| 8 Mutual Funds Bernstein Intermediate Duration (J) | A | Div/Int | J | T | | | | | | |
| 9 Mutual Funds Bernstein Emerging Markets (J) | A | Div/Int | K | T | | | | | | |
| 10 U.S. Treasury Note Series C-2006 (J) | A | Interest | J | T | | | | | | |
| 11 U.S. Treasury Note Series C-2006 (J) | A | Interest | J | T | | | | | | |
| 12 U.S. Treasury Note Series C-2006 (J) | A | Interest | J | T | | | | | | |
| 13 U.S. Treasury Note Series C-2006 (J) | A | Interest | J | T | | | | | | |
| 14 Owens Corning Common Stock (J) | A | Div/Int | J | T | | | | | | |
| 15 Federal National Mortgage Association (J) | A | Div/Int | J | T | | | | | | |
| 16 Golden West Financial Corp. DEL Common Stock (J) | A | Div/Int | J | T | | | | | | |
| 17 Old Republic Int. Corporation Common Stock (J) | A | Div/Int | J | T | | | | | | |

1 Inc/Gain Codes: (Col. B1, D4)   A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000
F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000

2 Val Codes: (Col. C1, D3)   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000

3 Val Mth Codes: (Col C2)   Q=Appraisal   R=Cost (real estate only)
U=Book Value   V=Other   W=

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>HUNSON, ALEX R. | Date of Report<br>09/18/1998 |
|---|---|---|

## VII. Page 2 INVESTMENTS and TRUSTS-- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| [ ] NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 St. Paul Companies Inc. Common Stock (J) | A | Int/Div | J | T | | | | | |
| 19 American General Corp. Common Stock (J) | A | Int/Div | J | T | | | | | |
| 20 U.S. Life Corporation Common Stock (J) | A | Int/Div | J | T | | | | | |
| 21 Cigna Corporation Common Stock (J) | A | Int/Div | J | T | | | | | |
| 22 Lincoln National Corporation Common Stock (J) | A | Int/Div | J | T | | | | | |
| 23 Fleet Financial Group Inc. New Common Stock (J) | A | Int/Div | J | T | Sell | 2/98 | J | A | Public Trading |
| 24 Fleet Financial Group Inc. New Common Stock (J) | A | Int/Div | J | T | Sell | 4/98 | J | A | Public Trading |
| 25 PNC Bank Corporation Common Stock (J) | A | Int/Div | J | T | | | | | |
| 26 Republic New York Corporation Common Stock (J) | A | Int/Div | J | T | Sell | 6/98 | J | A | Public Trading |
| 27 Pacific Telesis Group Common Stock (J) | A | Int/Div | J | T | | | | | |
| 28 Health Systems Int. Common Stock (J) | A | Int/Div | J | T | | | | | |
| 29 Phillip Morris Co. Inc. Common Stock (J) | A | Int/Div | J | T | | | | | |
| 30 RJR Nabisco Holding Corp. New Common Stock (J) | A | Int/Div | J | T | | | | | |
| 31 Supervalue Inc. Common Stock (J) | A | Int/Div | J | T | | | | | |
| 32 Anheuser-Busch Co. Common Stock (J) | A | Int/Div | J | T | Sell | 8/98 | J | A | Public Trading |
| 33 VF Corporation Common Stock (J) | A | Int/Div | J | T | | | | | |
| 34 Whirlpool Corporation Common Stock (J) | A | Int/Div | J | T | | | | | |

| 1 Inc/Gain Codes:<br>(Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes:<br>(Col. C1, D3) | J=$15,000 or less<br>O=$500,001-$1,000,000 | K=$15,001-$50,000<br>P1=$1,000,001-$5,000,000 | L=$50,001-$100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes:<br>(Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>MUNSON, ALEX R. | | | Date of Report<br>09/18/1998 |
|---|---|---|---|---|

## VII. Page 3 INVESTMENTS and TRUSTS— income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 Ford Motor Company Common Stock (J) | A | Int/Div | J | T | | | | | |
| 36 Lubrizol Corporation Common Stock (J) | A | Int/Div | J | T | | | | | |
| 37 Intl. Business Machines Corporation Common Stock (J) | A | Int/Div | J | T | Sell | 8/98 | J | A | Public Trading |
| 38 Avnet Inc. Common Stock (J) | A | Int/Div | J | T | | | | | |
| 39 Browning-Ferris Ind. Inc. Common Stock (J) | A | Int/Div | J | T | Sell | 6/98 | J | A | Public Trading |
| 40 Royal Dutch Petrol Inc. Common Stock (J) | A | Int/Div | J | T | Sell | 5/98 | J | A | Public Trading |
| 41 Canadian Pacific Ltd. New Common Stock (J) | A | Int/Div | J | T | | | | | |
| 42 Comerica Inc. Common Stock (J) | A | Int/Div | J | T | | | | | |
| 43 Key Corporation Common Stock (J) | A | Int/Div | J | T | | | | | |
| 44 Union Carbide Common Stock (J) | A | Int/Div | J | T | | | | | |
| 45 Pacificare Health Systems Inc. Common Stock (J) | A | Int/Div | J | T | | | | | |
| 46 Ryder System Common Stock (J) | A | Int/Div | J | T | | | | | |
| 47 Eastman Chemical Common Stock (J) | A | int/Div | J | T | | | | | |
| 48 Westvaco Corporation Common Stock (J) | A | Int/Div | J | T | | | | | |
| 49 Champion International Common Stock (J) | A | Int/Div | J | T | | | | | |
| 50 AETNA Inc. Common Stock (J) | A | Int/Div | J | T | | | | | |
| 51 Con Edison Company Common Stock (J) | A | Int/Div | J | T | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,000-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>MUNSON, ALEX R. | Date of Report<br>09/18/1998 |
|---|---|---|

## VII. Page 4 INVESTMENTS and TRUSTS— income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | | |
| 52 Amer Electric Power Common Stock (J) | A | Int/Div | J | T | | | | | | |
| 53 DQE Coommon Stock (J) | A | Int/Div | J | T | | | | | | |
| 54 PG&E Common Stock (J) | A | Int/Div | J | T | | | | | | |
| 55 Puget Sound Energy Common Stock (J) | A | Int/Div | J | T | | | | | | |
| 56 Allegheny Power System Inc. Common Stock (J) | A | Int/Div | J | T | | | | | | |
| 57 CSX Common Stock (J) | A | Int/Div | J | T | | | | | | |
| 58 Sun Co. Inc. Common Stock (J) | A | Int/Div | J | T | | | | | | |
| 59 Seagate Tech. Inc. Common Stock (J) | A | Int/Div | J | T | Sell | 1/98 | J | A | Public Trading | |
| 60 Compaq Computer Corp. Common Stock (J) | A | Int/Div | J | T | Sell | 1/98 | J | A | Public Trading | |
| 61 Compaq Computer Corp. Common Stock (J) | A | Int/Div | J | T | Sell | 7/98 | J | A | Public Trading | |
| 62 Arrow Electronks Common Stock (J) | A | Int/Div | J | T | | | | | | |
| 63 Quantum Common Stock (J) | A | Int/Div | J | T | | | | | | |
| 64 Leased Land (J) | | None | L | R | Buy | 11/90 | L | A | Juan (Pan) and Roberta Guerrero | |
| 65 U.S. Treasury Note Series A-2004 (J) | B | Int/Div | K | T | | | | | | |
| 66 Alcan Aluminum (J) | A | Int/Div | J | T | Buy | 1/98 | J | A | Public Trading | |
| 67 Aetna Inc. (J) | A | Int/Div | J | T | Buy | 2/98 | J | A | Public Trading | |
| 68 Millennium Chemicals Inc. (J) | A | Int/Div | J | T | Buy | 4/98 | J | A | Public Trading | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less<br>O=$500,001-$1,000,000 | K=$15,001-$50,000<br>P1=$1,000,001-$5,000,000 | L=$50,001-$100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>MUNSON, ALEX R. | | Date of Report<br>09/18/1998 |
|---|---|---|---|

## VII. Page 5 INVESTMENTS and TRUSTS— income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during<br>reporting period | | C.<br>Gross value<br>at end of<br>reporting<br>period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.<br>dividend,<br>rent or<br>interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy,<br>sell, partial<br>sale, merger,<br>redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69 Consolidated Papers Inc. (J) | A | Int/Div | J | T | Buy | 7/98 | J | A | Public Trading |
| 70 Teradyne Inc. (J) | A | Int/Div | J | T | Buy | 7/98 | J | A | Public Trading |
| 71 Associates First Capital (J) | A | Int/Div | J | T | Sell | 7/98 | J | A | Public Trading |
| 72 Dow Chemical (J) | A | Int/Div | J | T | Buy | 8/98 | J | A | Public Trading |
| 73 Dow Chemical (J) | A | Int/Div | J | T | Buy | 9/98 | J | A | Public Trading |
| 74 Goodyear Tire and Rubber Co. (J) | A | Int/Div | J | T | Buy | 9/98 | J | A | Public Trading |
| 75 Temple Inland Inc. (J) | A | Int/Div | J | T | Buy | 9/98 | J | A | Public Trading |
| 76 Praxair Inc. (J) | A | Int/Div | | T | Buy | 9/98 | J | A | Public Trading |
| 77 Cabot Corp (J) | A | Int/Div | J | T | Buy | 9/98 | J | A | Public Trading |
| 78 Mutual Funds Bernstein Intermediate Duration (J) | A | Int/Div | J | T | Buy | 2/98 | J | A | Public Trading |
| 79 Mutual Funds Bernstein Intermediate Duration | A | Int/Div | J | T | Buy | 5/98 | J | A | Public Trading |
| 80 Mutual Funds Bernstein Emerging Market (J) | A | Int/Div | J | T | Buy | 1/98 | J | A | Public Trading |
| 81 Mutual Funds Bernstein Emerging Market (J) | A | Int/Div | J | T | Buy | 7/98 | J | A | Public Trading |
| 82 | | | | | | | | | |
| 83 | | | | | | | | | |
| 84 | | | | | | | | | |
| 85 | | | | | | | | | |

| 1 Inc/Gain Codes:<br>(Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Value Codes:<br>(Col. C1, D3) | J=$15,000 or less<br>O=$500,001-$1,000,000 | K=$15,001-$50,000<br>P1=$1,000,001-$5,000,000 | L=$50,001-$100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Value Mth Codes:<br>(Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

Digitized by Google

**FINANC**

**VII** P

A

Description of

*Indicate*
*the area*
*"(J)"*
*Indi*
*area*
*for the*

r

*R.*

... at the property. We leased the property
... sale paid an equal amount of $100,000
... described in Section VII, No 1, of my
...

Digitized by Google

## 843

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>MUNSON, ALEX R. | Date of Report<br>09/10/1990 |
|---|---|---|

## IX. CERTIFICATION

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Alex R Munson_  Date _September 13, 1998_

Note: Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544



Digitized by Google